STEVEN R. MILCH
Crowley Fleck PLLP
PO Box 2529
Billings, MT  59103-2529
406-252-3441
Attorneys for Stillwater Mining Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA,
BILLINGS DIVISION

| | |
|---|---|
| MICHAEL COBOS AND LINDA COBOS, husband and wife,   ) ) ) | CAUSE NO.:  CV-11-18-BLG-RFC |
| Plaintiffs,   ) ) | **STILLWATER MINING COMPANY'S MOTION FOR SUMMARY JUDGMENT** |
| vs.   ) ) | |
| STILLWATER MINING COMPANY, a Delaware corporation,   ) ) ) | |
| Defendant.   ) | |

COMES NOW the defendant Stillwater Mining Company, by and through counsel, and hereby moves pursuant to Fed. R. Civ. P. 56 for summary judgment on the plaintiffs' claims in this case.  The grounds for the motion are set forth in a supporting brief and a Statement of Undisputed Facts which are being filed

contemporaneously herewith.  Counsel for plaintiffs has been contacted and opposes this motion.

    DATED this 17th day of April, 2012.

                                      By:   /s/ Steven R. Milch
                                               STEVEN R. MILCH
                                               Crowley Fleck PLLP
                                               Attorneys for Stillwater Mining Company